**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GUELINO AMBROISE,
ALIEN # A075-858-136,**

    **Petitioner,**

vs.                          Case No. 4:10cv124-SPM/WCS

**ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

    **Respondents.**

_____/

**REPORT AND RECOMMENDATION**

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on April 6, 2010. Doc. 1. After review of the petition and finding it sufficient, I directed service of the petition on May 10, 2010. Doc. 6. Respondents have now filed a motion to dismiss, doc. 16, asserting the petition is moot because Petitioner has been released from detention. Doc. 16. The government of Haiti declined to issue travel documents for Petitioner, and he was released from the custody of Immigration and Customs Enforcement "on May 3, 2010." Doc. 16, p. 2. Therefore, because

Petitioner has essentially been afforded the relief he sought, this § 2241 petition should now be dismissed as moot.

The motion to dismiss, doc. 16, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail. Presumably, that facility will not forward mail to Petitioner since he has been released, but no forwarding or additional address has been provided for Petitioner. Petitioner has not filed anything further since the *in forma pauperis* motion, doc. 5, on April 30, 2010. It is presumed Petitioner has abandoned this litigation since he has not filed a change of address. The motion to dismiss should be granted as Petitioner has received the relief he sought, release from detention.

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Guelino Ambroise be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on June 28, 2010.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**