IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GUELINO AMBROISE,

    Petitioner,

vs.                              CASE NO.: 4:10-cv-124-SPM-WCS

ERIC H. HOLDER, et al.,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 18). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 18) is *adopted* and incorporated by reference in this order.

2.     Petitioner's § 2241 petition is *dismissed as moot*.

DONE AND ORDERED this fourth day of August, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge